ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL[1]

| | | |
|---|---|---|
| UNIVERSAL STEEL TRADING, LLC D/B/A UNIVERSAL PIPE, VALVES & FITTINGS<br><br>Recurridos<br><br>v.<br><br>HERPLA ENGINEERING CORPORTATION<br><br>Peticionario | TA2026CE00682 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2022CV04111<br><br>Sala: 805<br><br>Sobre: Daños y Perjuicios Interferencia Torticera |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Cruz Hiraldo y el Juez Sánchez Báez

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 16 de junio de 2026.

Examinado el recurso de *Certiorari* presentado el 28 de mayo de 2026, así como la *Solicitud de Reconsideración Parcial sobre "Moción Solicitando Paralización en Auxilio de Jurisdicción"* presentada el 12 de junio de 2026 por la parte peticionaria, Herpla Engineering Corporation, el Tribunal dispone lo siguiente:

Se declara **no ha lugar** a la solicitud de reconsideración parcial. En cuanto al recurso de *Certiorari*, se **deniega** por no cumplir elementos de la Regla 40 de nuestro Reglamento. *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, págs. 63, 216 DPR __ (2025).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Mediante Orden Administrativa OATA-2026-063 emitida el 2 de junio de 2026, se designó al Hon. Carlos Candelaria Rosa en sustitución de la Hon. Ivelisse M. Domínguez Irizarry.